**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Marta Dominguez De Iglesias,
Petitioner,

v.

Markwayne Mullin, et al.,
Respondents.

No. CV-26-06699-PHX-SPL

**ORDER**

On September 22, 2026, Petitioner Marta Dominguez De Iglesias filed a "Notice of Voluntary Dismissal of Petition for Writ of Habeas Corpus." (Doc. 5.) Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides in part that a party may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41(a)(1)(B) provides in relevant part that "[u]nless the notice . . . states otherwise, the dismissal is without prejudice." Respondents have not filed an answer or a motion for summary judgment.

Accordingly,

**IT IS ORDERED** that this matter is **DISMISSED without prejudice**.

///

///

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket accordingly, term any pending motions, and close the file in this case.

Dated this 25th day of September, 2026.

Honorable Steven P. Logan
United States District Judge